**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01333-CNS

YASSINE FAYCAL,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Facility, Aurora, Colorado,
GEORGE VALDEZ, in his official capacity as Denver Field Office Director for U.S. Immigration and Customs Enforcement,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary of Department of Homeland Security,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on April 15, 2026, [ECF No. 8] and May 19, 2026, [ECF No. 10], it is

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 19th day of May, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes

J. Dynes, Deputy Clerk